UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK JONATHAN GUARDADO DURAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br><br>Respondents. | No. 1:26-cv-04595-DJC-SCR<br><br><u>ORDER</u><br><br>A# 222-557-149 |

Petitioner Erick Jonathan Guardado Duran is an immigration detainee proceeding with an Amended Petition for Writ of Habeas Corpus (ECF No. 9) and Motion for Temporary Restraining Order (ECF No. 2), as supplemented by Counsel (ECF No. 10). The Court has previously addressed the legal issues raised in Counts 1 and 2 of the Petition. *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *see also E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP, 2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders. (ECF No. 11.)

Neither party objected to the Court ruling directly on the merits of the petition. Respondents agree that Petitioner is entitled to a bond hearing. (ECF No. 12 at 1.) As such, the Court will order that Respondents provide him with such a hearing. While Respondents note that Petitioner has not submitted formal paperwork to request such a hearing, given the clear requests Petitioner has made in this case for such a hearing and they fact that he has nevertheless not yet received one, the Court finds it appropriate to grant Petitioner's request.

Accordingly, as Respondents have not made any new legal arguments and have not identified any factual or legal issues in this case that would distinguish it from the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Counts and 2, for the reasons stated in those prior orders.[1]

Within fourteen (14) days of this Order, Respondents shall afford Petitioner Erick Jonathan Guardado Duran a bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered. If Petitioner is not provided a bond hearing in this time, Respondents are ordered to immediately release Petitioner from their custody.

The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.